(106 So. 912)

Bill MALONE v. STATE. (1 Div. 405.) (Supreme Court of Alabama. Jan. 14, 1926.) Certiorari to Court of Appeals. Hybart & Hare, of Monroeville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Bill Malone for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Malone v. State, 106 So. 921. Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

---

(107 So. 924)

Burt MATHEWS v. STATE. (4 Div. 261.) (Supreme Court of Alabama. April 8, 1926.) Certiorari to Court of Appeals. C. O. Stokes, of Ozark, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Burt Mathews for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Mathews v. State, 107 So. 926. Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

---

(106 So. 912)

R. H. MATTHEWS et al. v. Sallie E. VAN SANDT. (7 Div. 591.) (Supreme Court of Alabama. Jan. 14, 1926.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge.

PER CURIAM. Affirmed on motion of appellee, for want of assignment of errors.

---

(106 So. 912)

Melvin MAY v. STATE. (6 Div. 254.) (Supreme Court of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

PER CURIAM. Affirmed on certificate.

---

(106 So. 912)

MERCHANTS BANK v. Elizabeth ZADEK et al. (1 Div. 390.) (Supreme Court of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Mobile County; N. D. Denson, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(107 So. 924)

MOFFAT COAL CO. v. Louis SWANN. (2 Div. 883). (Supreme Court of Alabama. Feb. 22, 1926.) Certiorari to Circuit Court, Bibb County; S. F. Hobbs, Judge.

PER CURIAM. Petition dismissed by petitioner.

---

(106 So. 912)

Ex parte Myrtle MOORE et al. (8 Div. 766.) (Supreme Court of Alabama. Jan. 21, 1926.) Petition for mandamus to J. E. Horton, Judge Morgan County Circuit Court.

PER CURIAM. Petition dismissed by petitioner.

---

(103 So. 920)

O. N. OLSON v. Sol. LUNDIN et al. (7 Div. 562.) (Supreme Court of Alabama. May 25, 1926.) Appeal from Circuit Court, Cleburn County; R. B. Carr, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(108 So. 920)

ONE FORD TOURING CAR (No. 8904978) v. STATE. (6 Div. 482.) (Supreme Court of Alabama. April 22, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge.

PER CURIAM. Affirmed on certificate.

---

(107 So. 924)

OZARK CITY BANK v. J. B. GOFF. (4 Div. 247.) (Supreme Court of Alabama. March 25, 1926.) Appeal from Circuit Court, Dale County; J. S. Williams, Judge.

PER CURIAM. Affirmed on certificate on motion of appellee.

---

(108 So. 920)

PARAMOUNT COAL CO. v. Mary WILLIAMS. (6 Div. 521.) (Supreme Court of Alabama. April 20, 1926.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. See, also, 213 Ala. 281, 701, 104 So. 753, 917; ante, p. 394, 108 So. 7.

PER CURIAM. Appeal dismissed.

---

(106 So. 912)

Sallie POPE v. A. H. SHEPPERD, Register. (7 Div. 613.) (Supreme Court of Alabama. Jan. 12, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. C. F. Douglass, of Anniston, for appellant. Merrill & Allen, of Anniston, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(106 So. 912)

J. F. POWELL et al. v. GRAND BENEVOLENT ASSOCIATION. (6 Div. 546.) (Supreme Court of Alabama. Dec. 17, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Bumgardner & Wilson, of Bessemer, for appellants. Pinkney Scott, of Bessemer, for appellee.

PER CURIAM. Affirmed for want of assignments of error.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.